**Robert DUDLEY, Plaintiff–Appellant,**

v.

**J. MUNLEY; G.L. Jannings,
Defendants–Appellees.**

**No. 02–6184.**

United States Court of Appeals,
Fourth Circuit.

Submitted May 2, 2002.

Decided May 20, 2002.

Robert Dudley, Appellant Pro Se. Samu-
el Lawrence Dumville, Virginia Beach, Vir-
ginia, for Appellees.

Before WIDENER, WILKINS, and
NIEMEYER, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

PER CURIAM.

Robert Dudley appeals the district
court's order denying relief on his 42
U.S.C.A. § 1983 (West Supp.2001) com-
plaint. We have reviewed the record and
the district court's opinion and find no
reversible error. Accordingly, we affirm

on the reasoning of the district court. *Dudley v. Munley*, No. CA–00–601 (E.D.Va. Jan. 2, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*